772 A.2d 919

### IN THE MATTER OF WALTER D. LEVINE, AN ATTORNEY AT LAW.

June 7, 2001.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 00–103 concluding that **WALTER D. LeVINE** of **FLORHAM PARK,** who was admitted to the bar of this State in 1965, should be reprimanded for violating *RPC* 1.8(a) (conflict of interest, failure to disclose terms of business transaction with client), *RPC* 1.15(a) (commingling of personal and trust funds) and *RPC* 1.15(d) and *Rule* 1:21–6 (recordkeeping violations), and good cause appearing;

It is ORDERED that **WALTER D. LeVINE** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.